An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY STRICKLAND,
Petitioner,
vs.
JUSTICE COURT, LAS VEGAS
TOWNSHIP, CLARK COUNTY, CHIEF
JUDGE ANN ZIMMERMAN; AND
CHIEF JUSTICE OF THE PEACE,
KAREN BENNETT-HARON,
Respondents.

No. 59223

FILED

MAR 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This is a proper person petition for a writ of mandamus or prohibition challenging respondents' rejection of petitioner's filings on the ground that they did not comply with the Las Vegas Justice Court's requirement that all filings be submitted electronically. Respondents have filed an answer, explaining that, as of December 8, 2011, the electronic filing requirement has been rescinded for inmates. Accordingly, we conclude that this petition is moot, and we dismiss it. See Personhood Nevada v. Bristol, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010) (explaining

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07843

that this court's duty is to decide actual controversies and not to give opinions on moot questions).

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Anthony Strickland
       Clark County District Attorney/Civil Division, Robert J. Gower

---

[1]We direct the clerk of this court to file petitioner's letter, provisionally received in this court on September 30, 2011; motion to stay potential dismissal for failing to pay the filing fee, provisionally received in this court on September 30, 2011; and notice, provisionally received in this court on November 4, 2011. Having considered these documents, we conclude that no action is necessary as to them.